## No. 10-9663. In re James Sudberry, Petitioner.

564 U.S. 1014, 131 S. Ct. 3015, 180 L. Ed. 2d 840, 2011 U.S. LEXIS 4411.

June 13, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 934, 131 S. Ct. 2139, 179 L. Ed. 2d 928, 2011 U.S. LEXIS 2900.

## No. 10-9482. Keith Jennings, Petitioner v. United States.

564 U.S. 1014, 131 S. Ct. 3015, 180 L. Ed. 2d 840, 2011 U.S. LEXIS 4488.

June 13, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 563 U.S. 956, 131 S. Ct. 2128, 179 L. Ed. 2d 927, 2011 U.S. LEXIS 2933.

## No. D-2570. In the Matter of Disbarment of William Anthony Helm.

564 U.S. 1002, 131 S. Ct. 3016, 180 L. Ed. 2d 840, 2011 U.S. LEXIS 4493.

June 13, 2011. Disbarment entered.

Former order, 562 U.S. 818, 131 S. Ct. 411, 178 L. Ed. 2d 274, 2010 U.S. LEXIS 7559.

## No. D-2581. In the Matter of Disbarment of William S. Lerach.

564 U.S. 1002, 131 S. Ct. 3016, 180 L. Ed. 2d 840, 2011 U.S. LEXIS 4457.

June 13, 2011. Disbarment entered.

Former order, 562 U.S. 1040, 131 S. Ct. 629, 178 L. Ed. 2d 458, 2010 U.S. LEXIS 9025.

## No. D-2582. In the Matter of Disbarment of Richard Glennan Cervizzi.

564 U.S. 1002, 131 S. Ct. 3016, 180 L. Ed. 2d 840, 2011 U.S. LEXIS 4416.

June 13, 2011. Disbarment entered.

Former order, 562 U.S. 1040, 131 S. Ct. 630, 178 L. Ed. 2d 458, 2010 U.S. LEXIS 9026.

## No. D-2583. In the Matter of Disbarment of Perry S. Reich.

564 U.S. 1002, 131 S. Ct. 3016, 180 L. Ed. 2d 840, 2011 U.S. LEXIS 4398.

June 13, 2011. Disbarment entered.

Former order, 562 U.S. 1040, 131 S. Ct. 630, 178 L. Ed. 2d 458, 2010 U.S. LEXIS 9014.

## No. D-2584. In the Matter of Disbarment of Michael Wayne Ryan, Jr.

564 U.S. 1002, 131 S. Ct. 3016, 180 L. Ed. 2d 840, 2011 U.S. LEXIS 4465.

June 13, 2011. Disbarment entered.

Former order, 562 U.S. 1040, 131 S. Ct. 630, 178 L. Ed. 2d 458, 2010 U.S. LEXIS 9029.